1  Gary N. Lento #225118
   BAKER, MANOCK & JENSEN
2  A Professional Corporation
   5260 North Palm Avenue, Suite 421
3  Fresno, California 93704-2209
   Telephone: (559) 432-5400
4  Facsimile: (559) 432-5620
   Email: gnl@bmj-law.com
5

6  Attorneys for  SMG, a Pennsylvania general partnership (incorrectly named as SMG Corporation,)
                  THERESA KRAUS (incorrectly named as TERESA KRAUS,) and MARIA PEHL
7                 (incorrectly named as MARIA PHEL)

8

9                          UNITED STATES DISTRICT COURT

10                        EASTERN DISTRICT OF CALIFORNIA

11  STEPHEN SALVADORE GAMBOA; MARIA )    Case No. 1:06-CV-01231-AWI-LJO
    "TERESA" HELE; RUBEN CARLOS         )
12  JIMENEZ; SHAWN M. PUTNAM; MICHAEL )
    BECKER; FRESNO VOICES FOR           )
13  ANIMALS,                            )
                                        )
14                         Plaintiffs,  )    **STIPULATION AND PROTECTIVE**
                                        )    **ORDER**
15       v.                             )
                                        )
16  CITY OF FRESNO; JERRY DYER,         )
    individually and in his official capacity as the )
17  Chief of Police for the City of Fresno; )
    REYNAUD WALLACE, individually and in )
18  his official capacity as an employee of the )
    Fresno Police Department; SMG       )
19  CORPORATION; MARIA PHEL; TERESA )
    KRAUS; RICHARD NADEAU, individually )
20  and in his official capacity as a Fresno City )
    Police Officer; DOES 1-50,          )
21                                      )
                           Defendants.  )
22  _____)

23          WHEREAS, pursuant to F.R.Civ.P. 26(a)(1)(b), Defendants, SMG, THERESA

24  KRAUS, and MARIA PEHL (collective referred to hereafter as "These Defendants") are required

25  to produce "documents ... that the disclosing party may use to support its claims or defenses ...";

26          WHEREAS, These Defendants may produce documents in response to discovery

27  requests in this matter;

28          WHEREAS, some of the documents which must be disclosed under F.R.Civ.P.

_____
                **STIPULATION AND PROTECTIVE ORDER**

26(a)(1)(b), and produced during discovery, may be privileged, protected and/or proprietary; and

WHEREAS, the parties agree to limit the use of the documents to this matter only.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES AND ORDERED THAT**:

1.     This Stipulation and Order applies to all documents produced by These Defendants, and all information derived therefrom.

2.     The intent of this Stipulation and Order is that it shall be binding on the parties hereto, all counsel for the parties hereto, as well as each of the Plaintiffs and Defendants, all witnesses, and each person who has reviewed the documents produced by These Defendants, and independently enforceable.

3.     The parties hereto have agreed that the documents produced by These Defendants, and all information derived therefrom, shall be used solely for use in this matter, including any appeals.

4.     The parties hereto agree not to release or provide the documents produced by These Defendants, or the information derived therefrom, to any person, business, entity, organization, etc., unless necessary for the prosecution and/or defense of the parties respective claims in this matter.

5.     Disclosure of any of the documents produced by These Defendants, or any parts thereof, or any information derived therefrom, other than in accordance with the terms of this Protective Order may subject the disclosing person to such sanctions and remedies as the Court may deem appropriate.

6.     The terms of this Protective Order shall survive and remain in effect after the termination of this matter.  All persons shall take such measures as are necessary and appropriate to prevent the public disclosure of any of the documents produced by These Defendants, or any parts thereof, through inadvertence or otherwise, after the conclusion of this matter.

7.     After the termination of this matter, the documents produced by These Defendants, shall be returned to These Defendants, by and through their attorneys,

2

Baker, Manock & Jensen, located at 5260 N. Palm Ave., #421, Fresno, California, 93704.

**IT IS SO STIPULATED:**

Dated: ___1/17_____, 2007.

**BAKER, MANOCK & JENSEN**


By: __/s/ Gary N. Lento _____
**Gary N. Lento**
Attorneys for Defendants SMG, a Pennsylvania
general partnership (incorrectly named as SMG
Corporation,) THERESA KRAUS (incorrectly named
as TERESA KRAUS,) and MARIA PEHL
(incorrectly named as MARIA PHEL)

Dated: __1/17_____, 2007.

**ROBERT NAVARRO & CATHERINE
CAMPBELL**


By__/s/ Robert Navarro_____
**Robert Navarro**
**Catherine Campbell**
Attorney for Plaintiffs STEPHEN SALVADORE
GAMBOA; MARIA "TERESA" HELE; RUBEN
CARLOS JIMENEZ; SHAWN M. PUTNAM;
MICHAEL BECKER; FRESNO VOICES FOR
ANIMALS

Dated: __1/9_____, 2007.

**ROBERT NAVARRO & CATHERINE
CAMPBELL**


By__/s/ Catherine Campbell_____
**Robert Navarro**
**Catherine Campbell**
Attorney for Plaintiffs STEPHEN SALVADORE
GAMBOA; MARIA "TERESA" HELE; RUBEN
CARLOS JIMENEZ; SHAWN M. PUTNAM;
MICHAEL BECKER; FRESNO VOICES FOR
ANIMALS

Dated: __Jan. 10__, 2007.

**WEAKLEY, RATLIFF, ARENDT & McGUIRE,**

3

1                                      **LLP**

2

3                                  By__/s/ Rosemary T. McGuire_____

4                                  **Rosemary T. McGuire**
                                 **Erica M. Camarena**

5                                  Attorney for Defendants CITY OF FRESNO; JERRY DYER; REYNAUD WALLACE; RICHARD NADEAU; RICK DANA HARRELL

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

## ORDER

For good cause appearing **IT IS HEREBY ORDERED** that:

1.     This Protective Order applies to all documents produced by Defendants, SMG, THERESA KRAUS, and/or MARIA PEHL (collectively referred to hereafter as "These Defendants"), and all information derived therefrom.

2.     This Protective Order shall be binding on the parties hereto, all counsel for the parties hereto, as well as each of the Plaintiffs and Defendants, all witnesses, and each person who has reviewed the documents produced by These Defendants, and independently enforceable.

3.     The documents produced by These Defendants, and all information derived therefrom, shall be used solely for the prosecution and/or defense of the parties in this matter, including any appeals.

4.     The documents produced by These Defendants, and the information derived therefrom, shall not be disclosed to any person, business, entity, organization, etc., unless necessary for the prosecution and/or defense of the parties respective claims in this matter.

5.     Disclosure of any of the documents produced by These Defendants, or any parts thereof, or information derived therefrom, other than in accordance with the terms of this Protective Order may subject the disclosing person to such sanctions and remedies as the Court may deem appropriate.

6.     The terms of this Protective Order shall survive and remain in effect after the termination of this matter.  All persons shall take such measures as are necessary and appropriate to prevent the public disclosure of any of the documents produced by These Defendants, or any parts thereof, through inadvertence or otherwise, after the conclusion of this matter.

///

///

///

5

1

       7.      After the termination of this matter, the documents produced by These

2

Defendants, shall be returned to These Defendants, by and through their attorneys,

3

Baker, Manock & Jensen, located at 5260 North Palm Avenue, Suite 421, Fresno,

4

California, 93704.

5

IT IS SO ORDERED.

6

**Dated:**   **January 18, 2007**                 **/s/ Lawrence J. O'Neill**
66h44d                          UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND PROTECTIVE ORDER**