ROBERT NAVARRO
Attorney at Law
Bar No. 128461
P.O. Box 8493
Fresno, California 93747
tel: 559.452.0934   fax: 559.452.0986

CATHERINE CAMPBELL
Attorney at Law
Bar No. 65103
P.O. Box 4470
Fresno, CA 93728
tel: 559.498.8140  fax: 559.221.0268

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SALVADORE GAMBOA, et al.,<br><br>           Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, et al.,<br><br>           Defendants. | Case No. 1:06–cv-1231 AWI NEW (TAG)<br><br>**STIPULATION AND ORDER RESETTING SCHEDULING OF DATES** |

The parties have conferred and hereby stipulate to the following change of dates in the above entitled case:

<u>Current Dates:</u>

September 7, 2007:     Non-expert Discovery Cut-off

September 14, 2007:    Expert Disclosure

September 24, 20007:   Supplemental Expert Disclosure

November 2, 2007:      Expert Discovery Cut-off

February 4, 2008:      Pretrial Mtn Hearing Deadline

February 13, 2008:     Pretrial Conference 8:30 a.m., Dept. 2

April 1, 2008:         Jury Trial

Stipulation and Order Resetting Scheduled Dates;
*Gamboa et al. v. City of Fresno et al.,* Case No. F CV 06–1231 AWI NEW (TAG)                    1

<u>Rescheduled Dates:</u>

| | |
|---|---|
| December 14, 2007: | Non-expert Discovery Cut-off |
| January 4, 2008: | Expert Disclosure |
| January 25, 2008: | Supplemental Expert Disclosure |
| March 28, 2008: | Expert Discovery Cut-off |
| May 23, 2008 | Pretrial Mtn Hearing Deadline |
| June 27, 2008 | Pretrial Conference 8:30 a.m., Dept. 2 (Friday) |
| November 10, 2008 | Jury Trial |

IT IS SO STIPULATED.

Dated:   August 22, 2007                                  Robert Navarro
                                                                          Catherine Campbell


                                                                          */s/Robert Navarro*
                                                                          ROBERT NAVARRO
                                                                          Attorneys for Plaintiffs


Dated:   August 22, 2007                                  Rosemary McGuire
                                                                          Weakley, Ratliff, Arendt & McGuire, LLP


                                                                          */s/Rosemary McGuire*
                                                                          ROSEMARY MCGUIRE
                                                                          Attorneys for Defendants Reynaud Wallace, Police Chief Jerry Dyer, Richard Nadeau, Rick Harrell, City of Fresno, City Of Fresno Police Department

Dated:   August 22, 2007                                  Gary N. Lento
                                                                          Baker, Manock & Jensen



                                                                          */s/Gary Lento*
                                                                          GARY N. LENTO
                                                                          Attorneys for Defendants SMG Corporation, Maria Pehl, Theresa Kraus

Stipulation and Order Resetting Scheduled Dates;
*Gamboa et al. v. City of Fresno et al.,* Case No. F CV 06–1231 AWI NEW (TAG)                    2

**<u>Order Regarding Parties' Stipulation and Amending Scheduling Order</u>**

The Court has read and considered the parties' above stipulation, and makes the following orders thereon:

1. The Court accepts the parties' stipulation to amend the Scheduling Conference Order (Doc. 22) regarding the following events and dates, and amends the Scheduling Conference Order as follows:

| | |
|---|---|
| December 14, 2007: | Non-expert Discovery Cut-off |
| January 4, 2008: | Expert Disclosure |
| January 25, 2008: | Supplemental Expert Disclosure |
| March 28, 2008: | Expert Discovery Cut-off. |

2. The Court does not accept the parties' stipulation as to the proposed dates for the pretrial motion hearing deadline, the pretrial conference, and the trial. Instead, the Court amends the Scheduling Conference Order regarding such events as follows:

| | |
|---|---|
| June 2, 2008 | Pretrial Motion Hearing Deadline |
| September 19, 2008 | Pretrial Conference Date, 8:30 a.m., Courtroom 2 |
| November 18, 2008 | Trial Date, 8:30 a.m., Courtroom 2. |

IT IS SO ORDERED.

Dated: **August 28, 2007**           /s/ **Theresa A. Goldner**
                                    UNITED STATES MAGISTRATE JUDGE

Stipulation and Order Resetting Scheduled Dates;
*Gamboa et al. v. City of Fresno et al.,* Case No. F CV 06–1231 AWI NEW (TAG)           3