ROBERT NAVARRO
Attorney at Law
Bar No. 128461
P.O. Box 8493
Fresno, California 93747
tel:  559.452.0934   fax: 559.452.0986

CATHERINE CAMPBELL
Attorney at Law
Bar No. 65103
P.O. Box 4470
Fresno, CA 93728
tel:  559.498.8140  fax: 559.221.0268

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SALVADORE GAMBOA, et al., | Case No. 1:06–cv-01231 AWI SMS |
| Plaintiffs, | **STIPULATION AND ORDER RESETTING SCHEDULING OF DATES** |
| v. | |
| CITY OF FRESNO, et al., | |
| Defendants. | |

The parties have conferred and hereby stipulate to the following change of dates in the above entitled case:

Current Dates:

| | |
|---|---|
| December 14, 2007: | Non-expert Discovery Cut-off |
| January 4, 2008: | Expert Disclosure |
| January 25, 2008: | Supplemental Expert Disclosure |
| March 28, 2008: | Expert Discovery Cut-off |
| May 23, 2008 | Pretrial Mtn Hearing Deadline |
| September 19, 2008 | Pretrial Conference 8:30 a.m., Dept. 2 |
| November 10, 2008 | Jury Trial |

1 | Rescheduled Dates:
2 | February 15, 2008: | Non-expert Discovery Cut-off
3 | March 4, 2008: | Expert Disclosure
4 | March 25, 2008: | Supplemental Expert Disclosure
5 | May 28, 2008: | Expert Discovery Cut-off
6 | August 1, 2008 | Pretrial Mtn Hearing Deadline
7 | September 19, 2008 | Pretrial Conference 8:30 a.m., Dept. 2 (no change)
8 | November 10, 2008 | Jury Trial (no change)

IT IS SO STIPULATED.

Dated:   November 8, 2007                    Robert Navarro
                                             Catherine Campbell


                                             */s/Robert Navarro*
                                             ROBERT NAVARRO
                                             Attorneys for Plaintiffs


Dated:   November 8, 2007                    Rosemary McGuire
                                             Weakley, Ratliff, Arendt & McGuire, LLP


                                             */s/Rosemary McGuire*
                                             ROSEMARY MCGUIRE
                                             Attorneys for Defendants Reynaud
                                             Wallace, Police Chief Jerry Dyer,
                                             Richard Nadeau, Rick Harrell, City of
                                             Fresno, City Of Fresno Police
                                             Department

Dated:   November 8, 2007                    Gary N. Lento
                                             Baker, Manock & Jensen


                                             */s/Gary N. Lento*
                                             GARY N. LENTO
                                             Attorneys for Defendants SMG
                                             Corporation, Maria Pehl, Theresa
                                             Kraus

Stipulation and Order Resetting Scheduled Dates;
*Gamboa et al. v. City of Fresno et al.,* Case No. F CV 06–1231 AWI SMS                    2

1 | IT IS SO ORDERED.

2 | **Dated:   November 14, 2007**          /s/ Sandra M. Snyder
                                             UNITED STATES MAGISTRATE JUDGE

Stipulation and Order Resetting Scheduled Dates;
*Gamboa et al. v. City of Fresno et al.,* Case No. F CV 06–1231 AWI SMS                  3