Rosemary T. McGuire, Esq.   Bar No. 172549
Erica M. Camarena, Esq.     Bar No. 227981

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO; JERRY DYER; REYNAUD WALLACE, RICHARD NADEAU; RICK DANA HARRELL

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SALVADORE GAMBOA, MARIA "TERESA" HELE, RUBEN CARLOS JIMENEZ, SHAWN M. PUTNAM, MICHAEL BECKER, FRESNO VOICES FOR ANIMALS, <br><br>  Plaintiffs, <br><br> vs. <br><br> CITY OF FRESNO; JERRY DYER, individually and in his official capacity as the Chief of Police for the City of Fresno; REYNAUD WALLACE, individually and in his official capacity as an employee of the Fresno Police Department; SMG CORPORATION; MARIA PHEL; RICHARD NADEAU, individually and in his official capacity as a Fresno City Police Officer; RICK DANA HARRELL, individually and in his official capacity as a Fresno City Police Officer; DOES 1-50, <br><br>  Defendants. | CASE NO.  1:06 cv 01231 AWI-SMS <br><br><br> STIPULATION AND ORDER EXTENDING DISCOVERY DATES AND MODIFYING SCHEDULING ORDER |

The parties, through their respective counsel, have conferred and hereby stipulate to extending discovery dates as follows:

---
Stipulation and Order Modifying Scheduling Order

**Non-expert Discovery Cut-Off:** February 15, 2008 to **April 11, 2008**.

**Expert Disclosure:** March 4, 2008 to **May 1, 2008.**

**Supplemental Expert Disclosure:** March 25, 2008 to **May 22, 2008**.

**Expert Discovery Cut-Off:** May 28, 2008 to **July 1, 2008**.

Pre-Trial Motion Hearing Deadline**:** (August 1, 2008); Pre-Trial Conference: (September 19, 2008); and the Trial Date: (November 10, 2008) will remain the same.

**IT IS SO STIPULATED:**

Dated: January 29, 2008

          WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:   /s   Rosemary T. McGuire
ROSEMARY T. MCGUIRE
Attorney for Defendants CITY OF FRESNO
JERRY DYER, REYNAUD WALLACE, RICHARD NADEAU and RICK DANA HARRELL

Dated: January 29, 2008

          BAKER, MANOCK & JENSEN

By:   /s/   Gary T. Lento
GARY N. LENTO
Attorneys for Defendants SMG, a Pennsylvania general partnership (incorrectly named as SMG Corporation,) THERESA KRAUS (incorrectly named as TERESA KRAUS,) and MARIA PEHL (incorrectly named as MARIA PHEL)

Dated: January 29, 2008

By:   /s/   Robert Navarro
ROBERT NAVARRO
Attorney for Plaintiffs STEPHEN SALVADORE GAMBOA; MARIA "TERESA" HELE; RUBEN CARLOS JIMENEZ; SHAWN M. PUTNAM; MICHAEL BECKER; FRESNO VOICES FOR ANIMALS

1 | Dated: January 29, 2008

2 |                                           By:        /s/ Catherine Campbell
                                                        CATHERINE CAMPBELL
3 |                                                     Attorney for Plaintiffs STEPHEN SALVADORE
                                                        GAMBOA; MARIA "TERESA" HELE; RUBEN
4 |                                                     CARLOS JIMENEZ; SHAWN M. PUTNAM;
                                                        MICHAEL BECKER

7 | IT IS SO ORDERED.

8 | **Dated:   January 30, 2008**                       **/s/ Sandra M. Snyder**
                                                        UNITED STATES MAGISTRATE JUDGE