Rosemary T. McGuire, Esq.    Bar No. 172549
Erica M. Camarena, Esq.      Bar No. 227981

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO; JERRY DYER; REYNAUD WALLACE, RICHARD NADEAU; RICK DANA HARRELL

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SALVADORE GAMBOA, MARIA "TERESA" HELE, RUBEN CARLOS JIMENEZ, SHAWN M. PUTNAM, MICHAEL BECKER, FRESNO VOICES FOR ANIMALS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO; JERRY DYER, individually and in his official capacity as the Chief of Police for the City of Fresno; REYNAUD WALLACE, individually and in his official capacity as an employee of the Fresno Police Department; SMG CORPORATION; MARIA PHEL; RICHARD NADEAU, individually and in his official capacity as a Fresno City Police Officer; RICK DANA HARRELL, individually and in his official capacity as a Fresno City Police Officer; DOES 1-50,<br><br>Defendants.<br>_____ | CASE NO.  1:06 cv 01231 AWI SMS<br><br><br>STIPULATION AND **ORDER** EXTENDING DISCOVERY DATES AND MODIFYING SCHEDULING ORDER |

The parties, through their respective counsel, have conferred and hereby stipulate to extend the discovery deadline for the completion of depositions noticed prior to March 28, 2008.  These

depositions will be completed no later that May 23, 2008, in the event that the case is not resolved prior to that date.  The parties further agree to extend discovery deadlines as follows:

Expert Disclosure: **June 13, 2008.**

Supplemental Expert Disclosure: **June 27, 2008.**

Expert Discovery Cut-Off: **July 18, 2008.**

Pre-Trial Motion Hearing Deadline**:** (August 1, 2008); Pre-Trial Conference: (September 19, 2008); and the Trial Date: (November 10, 2008) will remain the same.

**IT IS SO STIPULATED:**

Dated: April 1, 2008

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:  /s/   Rosemary T. McGuire
ROSEMARY T. MCGUIRE
Attorney for Defendants CITY OF FRESNO
JERRY DYER, REYNAUD WALLACE, RICHARD NADEAU and RICK DANA HARRELL

Dated: April 1, 2008

BAKER, MANOCK & JENSEN

By:     /s/   Gary T. Lento
GARY N. LENTO
Attorneys for Defendants SMG, a Pennsylvania general partnership (incorrectly named as SMG Corporation,) THERESA KRAUS (incorrectly named as TERESA KRAUS,) and MARIA PEHL (incorrectly named as MARIA PHEL)

Dated: April 1, 2008

By:     /s/   Robert Navarro
ROBERT NAVARRO
Attorney for Plaintiffs STEPHEN SALVADORE GAMBOA; MARIA "TERESA" HELE; RUBEN CARLOS JIMENEZ; SHAWN M. PUTNAM; MICHAEL BECKER; FRESNO VOICES FOR ANIMALS

Dated: April 1, 2008

By:    /s/ Catherine Campbell
CATHERINE CAMPBELL
Attorney for Plaintiffs STEPHEN SALVADORE GAMBOA; MARIA "TERESA" HELE; RUBEN CARLOS JIMENEZ; SHAWN M. PUTNAM; MICHAEL BECKER

IT IS SO ORDERED.

**Dated:   April 3, 2008**        **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE