Rosemary T. McGuire, Esq.   Bar No. 172549
Erica M. Camarena, Esq.       Bar No. 227981

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, JERRY DYER, REYNAUD WALLACE, RICHARD NADEAU and RICK DANA HARRELL

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SALVADORE GAMBOA, MARIA "TERESA" HELE, RUBEN CARLOS JIMENEZ, SHAWN M. PUTNAM, MICHAEL BECKER, FRESNO VOICES FOR ANIMALS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO; JERRY DYER, individually and in his official capacity as the Chief of Police for the City of Fresno; REYNAUD WALLACE, individually and in his official capacity as an employee of the Fresno Police Department; SMG CORPORATION; MARIA PHEL; RICHARD NADEAU, individually and in his official capacity as a Fresno City Police Officer; RICK DANA HARRELL, individually and in his official capacity as a Fresno City Police Officer; DOES 1-50,<br><br>Defendants. | CASE NO. 1:06 cv 01231 AWI SMS<br><br>STIPULATED DISMISSAL |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs, STEPHEN SALVADORE GAMBOA, MARIA "TERESA" HELE, RUBEN CARLOS JIMENEZ,

---
Stipulated Dismissal

SHAWN M. PUTNAM, MICHAEL BECKER and FRESNO VOICES FOR ANIMALS, by and through their attorneys of record, Catherine Campbell, Esq. and Robert Navarro, Esq., stipulate to the dismissal of any and all claims asserted against defendants CITY OF FRESNO, JERRY DYER, REYNAUD WALLACE, RICHARD NADEAU, RICK DANA HARRELL and defendants SMG CORPORATION, MARIA PHEL and TERESA KRAUS, with prejudice.

**IT IS SO STIPULATED:**

Dated: June 11, 2008

                WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:   /s  Rosemary T. McGuire
ROSEMARY T. MCGUIRE
Attorney for Defendants CITY OF FRESNO
JERRY DYER, REYNAUD WALLACE, RICHARD NADEAU and RICK DANA HARRELL

Dated: June 11, 2008

                BAKER, MANOCK & JENSEN

By:   /s/  Gary T. Lento
GARY N. LENTO
Attorneys for Defendants SMG, a Pennsylvania general partnership (incorrectly named as SMG Corporation,) THERESA KRAUS (incorrectly named as TERESA KRAUS,) and MARIA PEHL (incorrectly named as MARIA PHEL)

Dated: June 11, 2008

By:   /s/  Robert Navarro
ROBERT NAVARRO
Attorney for Plaintiffs STEPHEN SALVADORE GAMBOA; MARIA "TERESA" HELE; RUBEN CARLOS JIMENEZ; SHAWN M. PUTNAM; MICHAEL BECKER; FRESNO VOICES FOR ANIMALS

---

Stipulated Dismissal           2

Dated: June 11, 2008

By:     /s/ Catherine Campbell
CATHERINE CAMPBELL
Attorney for Plaintiffs STEPHEN SALVADORE
GAMBOA; MARIA "TERESA" HELE; RUBEN
CARLOS JIMENEZ; SHAWN M. PUTNAM;
MICHAEL BECKER

**ORDER**

The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice.  Carter v. Beverly Hills Sav. & Loan Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir. 1986).  Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal.  Fed. R. Civ. Pro. 41(a)(1)(ii); Eitel, 782 F.2d at 1473 n.4.  Because Plaintiff has filed a stipulation for dismissal with prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who have made an appearance, this case has terminated. See Fed. R. Civ. Pro. 41(a)(1)(ii); In re Wolf, 842 F.2d at 466; Gardiner, 747 F.2d at 1189; see also Gambale, 377 F.3d at 139; Commercial Space Mgmt, 193 F.3d at 1077; cf. Wilson, 111 F.3d at 692.

Stipulated Dismissal           3

1 | Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of the Court is DIRECTED to close this case in light of the parties' filed and signed Rule 41(a)(1)(ii) Stipulation For Dismissal With Prejudice.

IT IS SO ORDERED.

**Dated:   June 16, 2008**                              /s/ Anthony W. Ishii
                                                   UNITED STATES DISTRICT JUDGE